IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE :MILLER, III, ROBERT L.          CHAPTER 13

    DEBTOR          CASE NO. 13-20986- CMB

MILLER, III, ROBERT L.

    MOVANT

VS.

AMERIGAS PROPANE, INC.

    RESPONDENT

## AMENDED ORDER TO PAY TRUSTEE

The above-named debtor. Robert L Miller, III having filed a Chapter 13 petition and debtor or Trustee having moved to attach wages to fund the Chapter 13 plan.

IT IS, THEREFORE, ORDERED that Order of this Court, the entity from whom the debtor receives income:

    AMERIGAS PROPANE, INC.
    460 N. GULPH ROAD
    KING OF PRUSSIA, PA 19406

Shall deduct from said income the sum of $433.85 every two weeks beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

    RONDA J. WINNECOUR, TRUSTEE
    CHAPTER 13 TRUSTEE, W.D. PA
    P.O. BOX 84051
    CHICAGO, IL  60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor with the exception of any other court.

IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above named entity from whom the debtor receives income shall not be charged any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application of the Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Dated this __14th__ day of __November__, 2016.

_Carlota M. Böhm_
kmt

FILED
11/14/16 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-20986-CMB
Robert L. Miller, III                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe           Page 1 of 1           Date Rcvd: Nov 14, 2016
                              Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2016.
db              +Robert L. Miller, III,   17 Thomas Drive,   Jeannette, PA 15644-1048
                +Amerigas Propane, Inc.,   Attn: Payroll Department,   460 N. Gulph Road,
                  King of Prussia, PA 19406-2815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
           Fund Society et al... agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
           Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-10
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, et al
           bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
          Jerry  Purcell    on behalf of Debtor Robert L. Miller, III jerryjpurcell@yahoo.com
          Jill  Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association, et al...
           jill@pkjllc.com,   chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7