# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert L. Miller III** | : | Case No. 13−20986−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| U.S. Bank Trust National Association, et al. | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 4 |
| v. | : | |
| Robert L. Miller III | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

      **AND NOW**, this **16th day of December, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *U.S. Bank Trust National Association, et al.* at Claim No. 4 in the above−captioned bankruptcy case,

      It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Carlota M. Böhm, Judge
United States Bankruptcy Court

```
                           United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                            Case No. 13-20986-CMB
Robert L. Miller, III                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin             Page 1 of 1              Date Rcvd: Dec 16, 2016
                              Form ID: 237           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.
db            +Robert L. Miller, III,    17 Thomas Drive,    Jeannette, PA 15644-1048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14016594      +E-mail/Text: bknotices@snsc.com Dec 17 2016 01:20:35
               U.S. Bank Trust National Association, et al,   c/o SN Servicing Corporation,   323 5th Street,
               Eureka, CA 95501-0305
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
               Fund Society et al... agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
               Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-10
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian E. Caine    on behalf of Creditor   U.S. Bank Trust National Association, et al
               bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              Jerry Purcell    on behalf of Debtor Robert L. Miller, III jerryjpurcell@yahoo.com
              Jill Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association, et al...
               jill@pkjllc.com,   chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7