# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert L. Miller, III <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 13-20986 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-10, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1152

            Respectfully submitted,

            **/s/ James C. Warmbrodt, Esquire**
            James C. Warmbrodt, Esquire
            jwarmbrodt@kmllawgroup.com
            Attorney I.D. No. 42524
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            Phone: 215-825-6306
            Fax: 215-825-6406
            Attorney for Movant/Applicant