IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:

MILLER, III, ROBERT L.                             CHAPTER 13

    DEBTOR                                         CASE NO. 13-20986-CMB

MILLER, III, ROBERT L.                             **ENTERED BY DEFAULT**

    MOVANT

MATHESON TRI-GAS
RONDA J. WINNECOUR

    RESPONDENTS

## ORDER

And now, this __18th__ day of __December__, 2016, it is hereby Ordered that the Wage Attachment of Debtor Robert L. Miller, III's wages at Matheson Tri-Gas be and is terminated.

*Carlota M. Böhm*
BY THE COURT                    kmt

FILED
12/18/16 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-20986-CMB
Robert L. Miller, III                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: kthe              Page 1 of 1              Date Rcvd: Dec 19, 2016
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2016.
db              +Robert L. Miller, III,    17 Thomas Drive,    Jeannette, PA 15644-1048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2016 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings Fund Society et al... agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-10 agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      Jerry Purcell    on behalf of Debtor Robert L. Miller, III jerryjpurcell@yahoo.com
      Jill Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association, et al... jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                              TOTAL: 7