IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:

| | |
|---|---|
| MILLER, III, ROBERT L. | CHAPTER 13 |
| DEBTOR | CASE NO. 13-20986 |

MILLER, III, ROBERT L.

MOVANT

AMERIGAS PROPANE, INC.
RONDA J. WINNECOUR

RESPONDENTS

### ORDER

And now, this __7th__ day of __February__, 2017, it is hereby Ordered that the Wage Attachment of Debtor Robert L. Miller, III's wages at Amerigas Propane, Inc. be and is terminated.

_____
BY THE COURT       kmt

FILED
2/7/17 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert L. Miller, III  
    Debtor

Case No. 13-20986-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 1    Date Rcvd: Feb 07, 2017  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.  
db         +Robert L. Miller, III,   17 Thomas Drive,   Jeannette, PA 15644-1048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2017 at the address(es) listed below:  
           Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings Fund Society et al... agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
           Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-10 agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
           Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
           James Warmbrodt    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-10 bkgroup@kmllawgroup.com  
           Jerry Purcell    on behalf of Debtor Robert L. Miller, III jerryjpurcell@yahoo.com  
           Jill Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association, et al... jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                                                  TOTAL: 8