IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:

MILLER, III, ROBERT L.                              CHAPTER 13

      DEBTOR                                  CASE NO. 13-20986

MILLER, III, ROBERT L.

      MOVANT

AMERIGAS PROPANE, INC.
RONDA J. WINNECOUR

      RESPONDENTS

### ORDER

And now, this __7th__ day of __February__, 2017, it is hereby Ordered that the Wage Attachment of Debtor Robert L. Miller, III's wages at Amerigas Propane, Inc. be and is terminated.

_Carlota M. Böhm_     kmt
BY THE COURT

FILED
2/7/17 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert L. Miller, III
    Debtor

Case No. 13-20986-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 1    Date Rcvd: Feb 07, 2017
    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.
db    +Robert L. Miller, III,   17 Thomas Drive,   Jeannette, PA 15644-1048
    +Amerigas Propane, Inc.,   Attn: Payroll Department,   460 N. Gulph Road,
    King of Prussia, PA 19406-2815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2017 at the address(es) listed below:
    Andrew F Gornall   on behalf of Creditor   Christiana Trust, A Division of Wilmington Savings Fund Society et al... agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Andrew F Gornall   on behalf of Creditor   Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-10 agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Brian E. Caine   on behalf of Creditor   U.S. Bank Trust National Association, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
    James Warmbrodt   on behalf of Creditor   Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-10 bkgroup@kmllawgroup.com
    Jerry Purcell   on behalf of Debtor Robert L. Miller, III jerryjpurcell@yahoo.com
    Jill Manuel-Coughlin   on behalf of Creditor   U.S. Bank National Association, et al... jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
    Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
    TOTAL: 8