IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| IN RE :MILLER, III, ROBERT L. | CHAPTER 13 |
| DEBTOR | CASE NO. 13-20986 |
| MILLER, III, ROBERT L. | Related to Document No. 66 |
| MOVANT | |
| VS. | |
| ANDREWS LOGISTICS | |
| RESPONDENT | |

### AMENDED ORDER TO PAY TRUSTEE

The above-named debtor. Robert L Miller, III having filed a Chapter 13 petition and debtor or Trustee having moved to attach wages to fund the Chapter 13 plan.

IT IS, THEREFORE, ORDERED that Order of this Court, the entity from whom the debtor receives income:

ANDREWS LOGISTICS
2445 E. SOUTH LAKE BLVD.
SOUTH LAKE, TX  76092

Shall deduct from said income the sum of $216.92 WEEKLY beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR, TRUSTEE
CHAPTER 13 TRUSTEE, W.D. PA
P.O. BOX 84051
CHICAGO, IL  60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor with the exception of any other court.

IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above named entity from whom the debtor receives income shall not be charged any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application of the Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Dated this __7th__ day of ___February___, 2017.

_Carlota M. Böhm_

kmt

FILED
2/7/17 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert L. Miller, III
    Debtor

Case No. 13-20986-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 1    Date Rcvd: Feb 07, 2017
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.
db        +Robert L. Miller, III,   17 Thomas Drive,   Jeannette, PA 15644-1048
           +Andrews Logistics,   Attn: Payroll Department,   2445 E. South Lake Blvd.,
            South Lake, TX 76092-6692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2017 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
         Fund Society et al... agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
         Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-10
         agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, et al
         bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
        James Warmbrodt    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
         Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-10
         bkgroup@kmllawgroup.com
        Jerry Purcell    on behalf of Debtor Robert L. Miller, III jerryjpurcell@yahoo.com
        Jill Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association, et al...
         jill@pkjllc.com,   chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                   TOTAL: 8