IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:

| | |
|---|---|
| MILLER, III, ROBERT L. | CHAPTER 13 |
| DEBTOR | CASE NO. 13-20986 |
| MILLER, III, ROBERT L. | Related to Document No. 73 |
| MOVANT | |
| ANDREWS LOGISTICS<br>RONDA J. WINNECOUR | |
| RESPONDENTS | |

### ORDER

And now, this __24th__ day of __May__, 2017, it is hereby Ordered that the Wage Attachment of Debtor Robert L. Miller, III's wages at Andrews Logistics be and is terminated.

*Carlota M. Böhm*
BY THE COURT                    kmt

FILED
5/24/17 2:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
```

In re:                                                              Case No. 13-20986-CMB
Robert L. Miller, III                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1              Date Rcvd: May 24, 2017
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
db             +Robert L. Miller, III,    17 Thomas Drive,    Jeannette, PA 15644-1048
               +Andrews Logistics,    Attn: Payroll Administrator,    2445 E. South Lake Blcd.,
                 South Lake, TX 76092-6692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
               Fund Society et al... agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
               Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-10
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, et al
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              James Warmbrodt    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
               Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-10
               bkgroup@kmllawgroup.com
              Jerry Purcell    on behalf of Debtor Robert L. Miller, III jerryjpurcell@yahoo.com
              Jill Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association, et al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8