IN UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| MILLER, ROBERT L., III. | CHAPTER 13 |
| DEBTOR, | CASE NO. 13-20986 |
| | DOC. NO. 80 |
| MILLER, ROBER L., III. | |
| MOVANT, | |
| VS. | |
| RONDA J. WINNECOUR | |
| RESPONDENT | |

### DEBTOR'S CERTIFICATION REGARDING ELIGIBILITY FOR DISCHARGE

AND NOW, comes the Debtor, Robert L. Miller, III, by and through counsel Jerry Purcell, Esq. and certify under penalty of perjury that the following statements are true and correct.

1. I have completed the Personal Financial Management Instructional Course from an agency approved by the United States Trustee and have filed the certificate with the Court in accordance with F.R.B.P. 1007(b)(7) provided by the following entity:

    Advantage Credit Counseling Service, Inc.

2. As of the date of this certificate, the following is true:

    __X__  I have not been required by judicial or administrative order, or by statute, to any domestic support obligation.

    _____  I am required by judicial or administrative order, or by statute, to pay any domestic support obligations, but all pre-petition obligations have been paid.

    __    I was required by judicial or administrative order, or by statute, to pay domestic support obligation at the time of filing, but I am no longer subject to this obligation, and all pre-petition obligations have been satisfied.

3. As of the date of the certification, the following are true:

    X    I HAVE NOT received a discharge in a case filed under Chapter 7, 11 or 12 of this Title II during the 4 year period preceding the date of the Order for relief under this Chapter (see 11 USC 1328(f).

4. As of the date of this certification the following is true:

    X    I HAVE NOT received a discharge in a case filed under Chapter 13 of Title 11 during the 2 year period preceding the date of the Order for relief under this Chapter (see II USC 1328(f).

5. As of the date of this certification, I state that II U.S.C. 522(q)(I) is not applicable to my case (no election of state exemptions) and I do not have any pending proceeding in which I may be found guilty of a felony of the kind described in section *522(q)(1)(B). (See 11 USC 1328(h).

    *(i.)    Violation of Federal and State securities laws.
    (ii)    Fraud in a fiduciary capacity or in connection with transfer of securities.
    (iii)    Civil claim under Section 1964 Title 18.
    (iv).    Criminal, intentional, willful or reckless misconduct causing serious injury or death in the last 5 years.

I, Robert L. Miller, III, certify that all of the statements contained herein are true and accurate and that the Court may rely on the truth of these statements in determining whether to grant me a discharge in my pending Chapter 13 case. The Court may revoke my discharge if the statements relied upon are not accurate.

Dated: 12/26/17

_____
ROBERT L. MILLER, III

PURCELL LAW OFFICE

BY: /s/Jerry Purcell
Jerry Purcell, Esq.
PA I.D. # 10030
3947 State Rt. 31
Jones Mills, PA 15646
(724-593-7228)