IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 13-20986CMB |
| Robert L. Miller, III | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Related to: |
| | ) | Doc # __81, 82__ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| Vs. | ) | |
| Robert L. Miller, III | ) | |
| | ) | |
| Respondent(s) | ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **May 04, 2018 at 10:00 a.m. before Judge Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response with the Bankruptcy Court and serve a copy on the Trustee on or before **April 9, 2018.**

3-19-18
date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D.#30399)
Attorney and the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com

FILED
3/20/18 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                       United States Bankruptcy Court
                       Western District of Pennsylvania
In re:                                                             Case No. 13-20986-CMB
Robert L. Miller, III                                              Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: kthe              Page 1 of 2           Date Rcvd: Mar 20, 2018
                             Form ID: pdf900         Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
db             +Robert L. Miller, III,    17 Thomas Drive,    Jeannette, PA 15644-1048
13584306       +American Education Services,    Harrisburg, PA 17130-0001
13584307       +Dawn Miller,    301 Jemstone Street,    Jeannette, PA 15644-4059
13639758       +ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
13584308       +EMC.,    4282 North Freeway,    Fort Worth, TX 76137-5021
13656597        Residential Credit Solutions,    PO Box 163229,    Fort Worth, TX 76161-3229
13900614       +Selene Finance LP, as Servicer,     9990 Richmond Ave., Suite 400S,    Houston, TX 77042-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13632018       +E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2018 01:44:41      Ally Financial Inc.,
                 P O Box 130424,    Roseville, MN 55113-0004
13658834        E-mail/Text: lisa@galwayfinancialservices.com Mar 21 2018 01:45:52
                 Galway Financial Services,    3870 peachtree industrial blvd,    suite 340-316,
                 Duluth GA 30096
13584309       +E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2018 01:44:41      GMAC,    P.O. Box 130424,
                 Saint Paul, MN 55113-0004
13651956        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 21 2018 01:45:27      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13662975        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2018 01:46:23
                 LVNV Funding, LLC its successors and assigns as,    assignee of Windstream Communications,,
                 Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14016594       +E-mail/Text: bknotices@snsc.com Mar 21 2018 01:45:49
                 U.S. Bank Trust National Association, et al,    c/o SN Servicing Corporation,    323 5th Street,
                 Eureka, CA 95501-0305
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Christiana Trust, A Division of Wilmington Savings
cr              Christiana Trust, A Division of Wilmington Savings
cr              Selene Finance, LP as servicer to Christiana Trust
cr              U.S. Bank National Association, et al...
cr              U.S. Bank Trust National Association, et al
cr*            ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
                                                                                TOTALS: 5, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
               Fund Society et al... agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
               Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-10
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, et al
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              James Warmbrodt    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
               Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-10
               bkgroup@kmllawgroup.com
              Jerry Purcell    on behalf of Debtor Robert L. Miller, III jerryjpurcell@yahoo.com
              Jill Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association, et al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2          User: kthe                Page 2 of 2                Date Rcvd: Mar 20, 2018
                              Form ID: pdf900           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 8