**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT L. MILLER, III

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 13-20986

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 03/06/2013 and confirmed on 04/22/2013. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 50,142.46 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 50,142.46 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,484.00 | |
|   Trustee Fee | 1,922.12 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,406.12 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE OF THE PI | 0.00 | 26,984.28 | 0.00 | 26,984.28 |
|   Acct: 0348 | | | | |
| US BANK TRUST NA - TRUSTEE OF THE PI | 21,821.57 | 17,752.06 | 0.00 | 17,752.06 |
|   Acct: 0348 | | | | |
| | | | | 44,736.34 |
| **Priority** | | | | |
| JERRY PURCELL ESQ | 3,484.00 | 3,484.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ROBERT L. MILLER, III | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PURCELL LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAWN MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
| | \*\*\* N O N E \*\*\* | | | |
| **Unsecured** | | | | |
| ECMC(\*) | 2,578.74 | 0.00 | 0.00 | 0.00 |

| 13-20986 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type    Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: 5050 | | | | | |
| ALLY FINANCIAL(*) | | 6,367.20 | 0.00 | 0.00 | 0.00 |
| Acct: 8330 | | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | | 1,066.46 | 0.00 | 0.00 | 0.00 |
| Acct: 5017 | | | | | |
| GALWAY FINANCIAL SERVICES* | | 455.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7888 | | | | | |
| LVNV FUNDING LLC, ASSIGNEE | | 312.51 | 0.00 | 0.00 | 0.00 |
| Acct: 7507 | | | | | |
| JILL MANUEL-COUGHLIN ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| ANDREW F GORNALL ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| ANDREW F GORNALL ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 44,736.34 |
|---|---|---|

TOTAL CLAIMED
PRIORITY            0.00
SECURED         21,821.57
UNSECURED       10.779.91

Date: 05/21/2018                    /s/ Ronda J. Winnecour
                                    RONDA J WINNECOUR PA ID #30399
                                    CHAPTER 13 TRUSTEE WD PA
                                    600 GRANT STREET
                                    SUITE 3250 US STEEL TWR
                                    PITTSBURGH, PA  15219
                                    (412) 471-5566
                                    cmecf@chapter13trusteewdpa.com